United States District Court
Southern District of Texas
**ENTERED**
February 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CODILIS & MOODY, P.C., IN ITS CAPACITY AS SUBSTITUTE TRUSTEE FOR PNC BANK, NATIONAL ASSOCATION, *Plaintiff*, | § § § § § |
| v. | §  CIVIL ACTION NO. 4:24-CV-03605 |
| JAMES E. MOORE, ET AL., *Defendants*. | § § § § |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 9, 2025 (Dkt. 83) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. The claims of Defendants Pine Brook Community Association, Inc., Wells Fargo Bank, N.A., and Clear Lake City Boulevard Association, Inc. to interpleaded funds are **DISMISSED WITH PREJUDICE** and they are **TERMINATED** as Defendants or interested parties in this action.

**SIGNED** at Houston, Texas this ___5th___ day of February, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE