United States District Court
Southern District of Texas
**ENTERED**
May 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CODILIS & MOODY, P.C., IN ITS CAPACITY AS SUBSTITUTE TRUSTEE FOR PNC BANK, NATIONAL ASSOCIATION, <br> *Plaintiff,* <br><br> V. <br><br> JAMES E. MOORE, ET AL., <br> *Defendants.* | § § § § § § § § § <br><br> CIVIL ACTION NO. 4:24cv3605 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 22, 2025 (Dkt. 90) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that the Plaintiff's Motion for Default Judgment (Dkt. 88) is **GRANTED** and all claims of defaulting defendants James E. Moore, Regina E. Moore, Portfolio Recovery Associates, LLC, Ameal Interest LLC, and Trailer Rents to the residual excess proceeds at issue in this interpleader action are **DISMISSED WITH PREJUDICE** and they are **TERMINATED** as Defendants or interested parties in this action.

**SIGNED** at Houston, Texas this __16th__ day of May 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE